1  Alan Abrams, Esq. (SBN: 75637)
2  Charles M. Coate, Esq. (SBN: 140404)
   COSTA ABRAMS & COATE LLP
3  1221 Second Street, Third Floor
4  Santa Monica, California  90401
   Tel: (310) 576-6161 / Fax: (310) 576-6160
5  ccoate@cacllp.com
6  Attorneys for Lead Case Plaintiff
7  Upper Branch Productions, Inc.

8  Timothy M. Reynolds (Pro Hac Vice)
9  timothy.reynolds@bryancave.com
   Jonathan G. Fetterly (CA State Bar No. 228612)
10 jon.fetterly@bryancave.com
11 Louise D. Nutt (CA State Bar No. 273130)
   BRYAN CAVE LLP
12 120 Broadway, Suite 300
13 Santa Monica, CA  90401-2386
   T: 310-576-2100/ F: 310-576-2200
14

15 Attorneys for Defendants InnerWorkings, Inc.,
16 The Richard Dawkins Foundation for
   Reason and Science, Richard Dawkins
17 Foundation Store, Clinton Richard Dawkins,
18 Robin Elisabeth Cornwell and Michael Cornwell

19
                    UNITED STATES DISTRICT COURT
20
          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
21

| UPPER BRANCH PRODUCTIONS, INC., a California corporation, | Case No.: CV12-8789 MWF (RZx) |
|---|---|
| Plaintiff, | CV-12-10694 MWF (RZX) ("RELATED CASE") |
| v. | Hon. Michael W. Fitzgerald |
| INNERWORKINGS, INC., an Illinois corporation; *et al.* | **NOTICE OF SETTLEMENT** |
| Defendants. | |

NOTICE OF SETTLEMENT

**TO THE COURT**:

PLEASE TAKE NOTICE pursuant to Local Rules 16-15.7 and 40.2 that Plaintiff Upper Branch Productions, Inc. ("Plaintiff") and Defendants The Richard Dawkins Foundation for Reason and Science, Richard Dawkins Foundation Store, Clinton Richard Dawkins, Robin Elisabeth Cornwell, Michael Cornwell and Innerworkings, Inc. (collectively "Defendants") have reached a conditional settlement agreement in principle that once consummated will result in the dismissal with prejudice of all claims in this action, and the dismissal with prejudice of all claims in case number CV-12-10694 MWF (RZx) ("Related Case").  Accordingly, the Parties respectfully request that all matters scheduled for hearing in this case on April 22, 2013, be taken off calendar.

The Parties anticipate filing stipulations for dismissal in this case and the Related Case on or before May 6, 2013, with each party to fully bear his, her or its own attorneys' fees and costs, and they respectfully request that they be given until that date to do so.

Dated:  April 18, 2013         **BRYAN CAVE LLP**


                               By:   */s/ Jonathan G. Fetterly*
                                     Jonathan G. Fetterly
                                     Attorneys for Defendants

Dated:  April 18, 2013         **COSTA ABRAMS & COATE LLP**


                               By:   */s/ Charles M. Coate*
                                     Charles M. Coate
                                     Attorneys for Plaintiff

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer, Jonathan G. Fetterly, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

NOTICE OF SETTLEMENT

**PROOF OF SERVICE**

FRCIVP 5(B)

STATE OF CALIFORNA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Santa Monica, CA 90401.

    On April 18, 2013, served the foregoing document described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

    ☐    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☐    BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

    ☐    BY OVERNIGHT DELIVERY SERVICE: I caused said document to be sent via Overnight Express to the addressee as indicated on the attached service list.

    ☒    BY ELECTRONIC MAIL: I caused the above-referenced document to be served to the addressee on the attached service list via CM/ECF.

    Executed on April 18, 2013, at Santa Monica, California.

    **X**    (FEDERAL) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    */s/ Geri Anderson*
    Geri Anderson

## SERVICE LIST

| | |
|---|---|
| Alan Abrams, Esq.<br>Charles M. Coate, Esq.<br>COSTA, ABRAMS & COATE, LLP<br>1221 Second Street, Third Floor<br>Santa Monica, CA  90401 | *Attorney for Plaintiff*<br><br>Telephone:  (310) 576-6161<br>Facsimile:  (310) 576-6160 |