|   |   |
|---|---|
| 1 | Alan Abrams, Esq. (SBN: 75637) |
| 2 | Charles M. Coate, Esq. (SBN: 140404) |
|   | COSTA ABRAMS & COATE LLP |
| 3 | 1221 Second Street, Third Floor |
| 4 | Santa Monica, California  90401 |
|   | Tel: (310) 576-6161 / Fax: (310) 576-6160 |
| 5 | ccoate@cacllp.com |
| 6 | Attorneys for Lead Case Plaintiff |
| 7 | Upper Branch Productions, Inc. |
| 8 | Timothy M. Reynolds (Pro Hac Vice) |
| 9 | timothy.reynolds@bryancave.com |
|   | Jonathan G. Fetterly (CA State Bar No. 228612) |
| 10 | jon.fetterly@bryancave.com |
| 11 | Louise D. Nutt (CA State Bar No. 273130) |
|   | BRYAN CAVE LLP |
| 12 | 120 Broadway, Suite 300 |
| 13 | Santa Monica, CA  90401-2386 |
|   | T: 310-576-2100/ F: 310-576-2200 |
| 14 | Attorneys for Defendants InnerWorkings, Inc., |
| 15 | The Richard Dawkins Foundation for |
| 16 | Reason and Science, Richard Dawkins |
|   | Foundation Store, Clinton Richard Dawkins, |
| 17 | Robin Elisabeth Cornwell and Michael Cornwell |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| UPPER BRANCH PRODUCTIONS, INC., a California corporation, Plaintiff, v. INNERWORKINGS, INC., an Illinois corporation; *et al.* Defendants. | Case No.: CV12-8789 MWF (RZx) CV-12-10694 MWF (RZX) ("RELATED CASE") Hon. Michael W. Fitzgerald **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
|---|---|

STIPULATION FOR DISMISSAL WITH PREJUDICE

1 | Plaintiff Upper Branch Productions, Inc. ("Plaintiff") and Defendants The
2 | Richard Dawkins Foundation for Reason and Science, Richard Dawkins Foundation
3 | Store, Clinton Richard Dawkins, Robin Elisabeth Cornwell, Michael Cornwell and
4 | InnerWorkings, Inc. (collectively "Defendants") (collectively, Plaintiff and
5 | Defendants are the "Parties") hereby stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties jointly stipulate to the dismissal of this case in its entirety, with prejudice, with each Party to bear fully all of his/her/its own costs, expenses, and attorney's fees.

It is so stipulated.

Dated: May 24, 2013    **BRYAN CAVE LLP**

By:  /s/ Jonathan G. Fetterly
    Timothy M. Reynolds
    Jonathan G. Fetterly
    Louise B. Nutt
    Attorneys for Defendants

Dated: May 24, 2013    **COSTA ABRAMS & COATE LLP**

By:  /s/ Charles M. Coate
    Alan Abrams
    Charles M. Coate
    Attorneys for Plaintiff

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer, Jonathan G. Fetterly, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.