JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UPPER BRANCH PRODUCTIONS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INNERWORKINGS, INC., an Illinois corporation; *et al.*<br>　　　　　Defendants. | Case No.: CV12-8789 MWF (RZx)<br><br>CV-12-10694 MWF (RZX) ("RELATED CASE")<br><br>Hon. Michael W. Fitzgerald<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

　　　Pursuant to the Stipulation For Dismissal With Prejudice, entered into between Plaintiff Upper Branch Productions, Inc. and Defendants The Richard Dawkins Foundation for Reason and Science, Richard Dawkins Foundation Store, Clinton Richard Dawkins, Robin Elisabeth Cornwell, Michael Cornwell and InnerWorkings, Inc., the Court hereby dismisses this case in its entirety, with prejudice, with each Party to fully bear his/her/its own costs, expenses, and attorney's fees.

IT IS SO ORDERED.

Dated:  May 29, 2013

By: _____
The Honorable Michael W. Fitzgerald
United States District Court Judge

PROOF OF SERVICE